UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN MANSFIELD, | No. C 12-02237 YGR (LB) |
| Plaintiff(s), | |
| v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| GILBANE BUILDING COMPANY, ET AL., | |
| Defendant(s). | |
| _____/ | |

The court does not have Plaintiff's settlement papers. Perhaps this is a delivery error but the court's schedule next week does not permit last-minute review. Plaintiff should provide papers as soon as possible and no later than Monday, December 17, 2012, at 9:00 a.m. They may be emailed to the court's orders box at lbpo@cand.uscourts.gov. Please make sure that the papers comply with the requirements of the court's standing order at ECF No. 23.

**IT IS SO ORDERED.**

Dated: December 14, 2012

LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 12-02237 YGR (LB)