UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN MANSFIELD,<br><br>        Plaintiff(s),<br><br>  v.<br><br>GILBANE BUILDING COMPANY, ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C 12-02237 YGR (LB)<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

    The court issued an order on December 14, 2012, saying that it did not have Plaintiff's settlement statement that was due on December 13 and directing that it be emailed to the court's orders box at lbpo@cand.uscourts.gov by December 17, 2012, at 9:00 a.m. Plaintiff did not submit the statement. The court previously warned that its schedule did not permit a review of the papers later than today. Under the circumstances, the court vacates the December 20 settlement conference and directs the parties to contact courtroom deputy Lashanda Scott at 415-522-3140 to work out another date.

**IT IS SO ORDERED.**

Dated: December 17, 2012

                                       LAUREL BEELER
                                       United States Magistrate Judge