**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KEVIN MANSFIELD,**<br>    **Plaintiff,**<br>    vs.<br>**WILLIAM J. GILBANE, JR.** *et al.***,**<br>    **Defendant(s).** | Case No.: 12-CV-02237 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

Having considered the parties' Joint Statement Regarding Compliance Hearing, the Compliance Hearing in this matter is **CONTINUED** to **Friday, April 19, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to file a Stipulation of Dismissal.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Date: February 28, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**